CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 22 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| STEVE EDWARD GROGANS, | ) |
| Petitioner, | ) Criminal Action No. 7:11cr21 |
| v. | ) **2255 ORDER** |
| UNITED STATES OF AMERICA, | ) By: Samuel G. Wilson |
| Respondent. | ) United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the Government's motion to dismiss (ECF No. 55) is **GRANTED IN PART** and **DENIED IN PART**. As for the remaining claim, the Court will appoint counsel and set the case for an Evidentiary Hearing.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: April 22, 2014

_____
UNITED STATES DISTRICT JUDGE