CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 22 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVE EDWARD GROGANS, | |
| Petitioner, | Criminal Action No. 7:11cr21 |
| v. | **2255 FINAL ORDER** |
| UNITED STATES OF AMERICA, | By: Samuel G. Wilson<br>United States District Judge |
| Respondent. | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the petitioner's 28 U.S.C. § 2255 motion to vacate (ECF No. 51) is **DENIED**, and the Government's motion to dismiss (ECF No. 55) the petitioner's remaining ineffective assistance of counsel claim is **GRANTED**. The case is hereby **DISMISSED** and is **STRICKEN** from the court's active docket. Further, finding that Grogans has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: May 22, 2014.

/s/ Samuel G. Wilson
UNITED STATES DISTRICT JUDGE